UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
PATRICK MALONE, et al.              )
                                    )
                                    )
                                    )
            Plaintiffs,             )
                                    )
        v.                          )   Civil Action No. 18-1081 (APM)
                                    )
                                    )
U.S. DEPARTMENT OF STATE, et al.    )
                                    )
            Defendants.             )
_____)

## JOINT STATUS REPORT

Pursuant to the Court's Order of December 5, 2018, counsel for the parties have conferred and make this report to the Court:

1. Since the parties' last status report, the Department of State has made two productions to Plaintiff—one on December 17, 2018 and another on February 15, 2019.

2. The Department of State has also loaded more documents that are potentially responsive to Plaintiff's FOIA request into its document review platform. To date, the Department of State has identified approximately 2,721 documents, which equal approximately 13,548 pages, that are left to process in this case.

3. The Department of State is working to confirm that all relevant searches have been completed.

4. The parties propose that they submit another joint status report on June 2, 2019.

Dated: March 4, 2019							Respectfully submitted,

/s/
Peter Newbatt Smith
D.C. Bar #458244
Center for Public Integrity
910 17th Street, N.W., 7th Floor
Washington, DC 20006-2606
202-481-1239
psmith@publicintegrity.org

*Counsel for Plaintiff*


JESSIE K. LIU, D.C. Bar. No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:	/s/   *Derek S. Hammond*
DEREK S. HAMMOND, D.C. Bar No. 1017784
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2511
derek.hammond@usdoj.gov

*Counsel for Defendant*