UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PATRICK MALONE, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-1081 (APM) |
| | ) | |
| U.S. DEPARTMENT OF STATE, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's March 6, 2019, Minute Order, counsel for the parties have conferred and make this report to the Court:

1. Since the parties' last status report, the Department of State has made two productions to Plaintiff—one on March 15, 2019 and another on April 15, 2019.

2. The Department of State has also loaded more documents that are potentially responsive to Plaintiff's FOIA request into its document review platform. To date, the Department of State has identified approximately 12,500 documents, which equal approximately 117,000 pages, that are left to process in this case. The Department of State has, and continues to, seek agreement with Plaintiff concerning potential means of narrowing the requests so as to expedite processing.

3. The Department of State is working to confirm that all relevant searches have been completed.

4. The parties propose that they submit another joint status report on August 30, 2019.

Dated: May 31, 2019          Respectfully submitted,

/s/
Peter Newbatt Smith
D.C. Bar #458244
Center for Public Integrity
910 17th Street, N.W., 7th Floor
Washington, DC 20006-2606
202-481-1239
psmith@publicintegrity.org

*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar. No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:    /s/   *Derek S. Hammond*
DEREK S. HAMMOND, D.C. Bar No. 1017784
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2511
derek.hammond@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK MALONE, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF STATE, *et al.* )<br>)<br>Defendants. ) | Civil Action No. 18-1081 (APM) |

## **[PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby ORDERED that the parties shall submit a further joint status report on or before August 30, 2019.

SO ORDERED.

Dated: _____

AMIT P. MEHTA
United States District Judge