UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK MALONE, *et al.* )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>U.S. DEPARTMENT OF STATE, *et al.* )<br>)<br>Defendants. )<br>) | Civil Action No. 18-1081 (APM) |

## **[PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby ORDERED that the parties shall submit a further joint status report on or before August 30, 2019.

SO ORDERED.

Dated: _____

AMIT P. MEHTA
United States District Judge