UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK MALONE, *et al.* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 18-1081 (CJN) |
| | ) |
| U.S. DEPARTMENT OF STATE, *et al.* | ) |
| | ) |
| Defendants. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's June 3, 2019, Minute Order, counsel for the parties have conferred and make this report to the Court:

1. Since the parties' last status report, the Department of State has processed approximately 1,800 pages of potentially responsive records and has made three productions to Plaintiff. Those productions were on June 13, 2019, July 15, 2019, and August 7, 2019.

2. In addition, since the parties' last status report, Plaintiff has agreed that the Department may redact as non-responsive any information in responsive records that does not pertain to Pope Francis or his relationship with the Vatican; that the Department may exclude news reports or press clippings that do not contain any commentary from Department employees; and that the Department may treat as non-responsive any records about cooperation on refugees.

3. The parties propose that they submit another joint status report on December 2, 2019.

Dated:   August 30, 2019                    Respectfully submitted,

/s/ *Peter Newbatt Smith*
Peter Newbatt Smith
D.C. Bar #458244
Center for Public Integrity
910 17th Street, N.W., 7th Floor
Washington, DC 20006-2606
202-481-1239
psmith@publicintegrity.org

*Counsel for Plaintiff*


JESSIE K. LIU, D.C. Bar. No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:    /s/    *Derek S. Hammond*
DEREK S. HAMMOND, D.C. Bar No. 1017784
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2511
derek.hammond@usdoj.gov

*Counsel for Defendant*