UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK MALONE, *et al.*  )<br>)<br>)<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>)<br>U.S. DEPARTMENT OF STATE, *et al.*  )<br>)<br>Defendants.  )<br>_____) | Civil Action No. 18-1081 (CJN) |

## **[PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby ORDERED that the parties shall submit a further joint status report on or before December 2, 2019.

SO ORDERED.

Dated: _____

CARL J. NICHOLS
United States District Judge